910

No. 6926. GARR *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 6928. CAMPBELL *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 6969. HAMMOND *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 651. FLORIDA POWER CORP. *v.* GAINESVILLE UTILITIES DEPARTMENT ET AL.; and
No. 652. FLORIDA POWER CORP. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions. Reported below: 425 F. 2d 1196.

No. 1623. TODD *v.* NORTHWEST AIRLINES, INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1309. ANCKAITIS, SECRETARY OF TRANSPORTATION OF PENNSYLVANIA, ET AL. *v.* MILLER. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 1584. CARLSON *v.* CITY OF TALLAHASSEE. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6219. HOUSTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.